FILED

L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name ERIC T POULLARD    Case No. _____

Address 2321 MADISON SQUARE    Chapter of Case 13

PHILA, PA 19148

Telephone Number (home) _____    Date Case Filed _____

Telephone Number (work) (917) 535-4024

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   _____

   _____

   _____

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   _____

3. a. Total fee charged by person or business named above  $ _____

   b. Amount of fee paid as of the date you filed bankruptcy $ _____

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
      YES    (NO)    (circle one)

4. Were various chapters or types of bankruptcy explained to you?
      YES    (NO)    (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
      YES    (NO)    (circle one)

6.  Did the preparer give you a copy of the papers he prepared for you?

    YES    (NO)    (circle one)

Date: 5/6/2024                    _____