To the Bankruptcy Court                                                                 Monday May 13th, 2024
Re Case No: 24-11533-pmm
900 Market Street Suite #400
Phila, PA. 19107

I respectfully request a two week extension to submit all required documents

I have been besieged from all sides since this filing on May 6th to avoid sheriff's auction sale as I am getting busy with work (self-employed) and also trying to deal with the lawsuit recently filed against my home and other issues with my home.

I had misunderstood that the bankruptcy trustee would first reach out to me to go over my file and the forms.

Thank you for your understanding.

Respectfully,

Eric Poullain



MAY 1 5 2024

TIMOTHY McGRATH, CLERK