**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Eric Thierry Poullain** | : | Case No. 24-11533 (PMM) |
| | : | |
| **Debtor.** | : | |

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** a Show Cause hearing having been held and concluded on July 10, 2024;

AND the Debtor having failed to appear at the hearing;

AND the Debtor having failed to take the necessary actions as detailed in the Show Cause Order;

It is therefore hereby **ordered** that this bankruptcy case is **dismissed**.

Date:  7/10/24

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Eric Thierry Poullain
134 E. 61st Street
apt 4
New York City, NY 10065